# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **JAMES E. HOLMES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) 1:13-cv-00012-JHH-TMP |
| | ) |
| **CO FINK, et. al,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 30, 2015, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed pursuant to 42 U.S.C. § 1997e(a) for failure to exhaust available administrative remedies.  (Doc. 32).  No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby is **ADOPTED** and the recommendation is **ACCEPTED**.  Accordingly, the complaint is due to be dismissed due to the plaintiff's failure to exhaust his administrative remedies.  A Final Judgment will be entered.

**DATED** this the   22nd   day of July, 2015.

_____
SENIOR UNITED STATES DISTRICT JUDGE
